# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

AMY FOSTER,

    Plaintiff,

                                CASE NO: 3:10-cv-231-CRS

vs.

CENTRO BRADLEY SPE MGR 5, LLC a foreign
limited Liability company,

    Defendant.

_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff, Amy Foster and Defendants Centro Bradley SPE 5, LLC, incorrectly sued as Centro Bradley SPE MGR 5, LLC, by and through the undersigned counsel, and hereby notice this Honorable Court of their Stipulation of Dismissal with Prejudice of the claims asserted in the present action.

Dated this 19th day of January 2011         Respectfully submitted,

| | |
|---|---|
| s/ Stephan M. Nitz | s/ Billy R. Shelton |
| Stephan M. Nitz | Billy R. Shelton |
| Schwartz Zweben LLP | Jones Walters Turner & Shelton, PLLC |
| 3876 Sheridan Street | 151 North Eagle Creek Drive |
| Hollywood, Florida 33021 | One Fountain Plaza, Suite 310 |
| (954)-9666-2483 | Lexington, Kentucky 40509 |
| (954)-966-2566 | (859) 294-6868 |
| snitz@szalaw.com | (859) 294-6866 Fax |
| Jerry N. Higgins, PLLC | Billys1@jwtslaw.com |
| 3426 Paoli Pike | Jack C. Hsu |
| Floyds Knobs, IN 47119 | Christensen & Ehret LLP |
| (502)-625-3065 | 222 West Adams Street, 2170 |
| (502-625-7264 | Chicago, Illinois 60606 |
| jnh@jerryhigginslaw.com | jhsu@christensenlaw.com |
| | (312) 634-1014 |
| | Attorneys for Defendant Centro Bradley SPE 5, LLC, incorrectly sued as Centro Bradley SPE MGR 5, LLC |

2

(Signed by Defendant's counsel with permission)

```
IT IS SO ORDERED this  _____
```